

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00755-CR

Juan Carlos **PALOMARES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2015CRS000530 D4
Honorable Oscar J. Hale, Jr., Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED November 23, 2016.

_____
Luz Elena D. Chapa, Justice